435 A.2d 270

Commonwealth v. Hall, Appellant.

 Argued September 11, 1980. Helen McCaffrey, for appellant; Cynthia H. Severinsen, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.